No. 953. ILLINOIS EX REL. DAVIDSON ET AL. *v.* BRADLEY ET AL. June 1, 1943. Petition for writ of certiorari to

the Supreme Court of Illinois denied. *Mr. Urban A. Lavery* for petitioners. *Messrs. George F. Barrett*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondents.